IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WILLIAM BENSON,

    Appellant,

v.

Case No. 5D22-1107
LT Case No. 2019-CA-060772

PROGRESSIVE SELECT INSURANCE
COMPANY,

    Appellee.

_____/

Opinion filed February 24, 2023

Appeal from the Circuit Court
for Brevard County,
David Dugan, Judge.

Mark A. Nation and Paul W.
Pritchard, of The Nation Law
Firm, Longwood, for Appellant.

Stuart J. Freeman, of Freeman, Goldis &
Cash, P.A., St. Petersburg, for Appellee.

ON CONFESSION OF ERROR

PER CURIAM.

    Appellant appeals the summary judgment entered in favor of Appellee.

Appellee has filed a confession of error. We accept the confession of error,

reverse the judgment, and remand for further proceedings.

    REVERSED AND REMANDED.

LAMBERT, C.J., EISNAUGLE and BOATWRIGHT, JJ., concur.